DAO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JUN 2 9 2012

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | |
| | ) | Case Number: 3:11-CR-0119-RCJ-VPC |
| DAN BARONE | ) | |
| | ) | USM Number: 46343-048 |
| | ) | |
| | ) | David Houston, Retained |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s) _count one of the Indictment filed 10/19/2011_

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
After a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography | 11/9/2010 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X All remaining count(s) are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/25/2012
Date of Imposition of Judgment

_(signature)_
Signature of Judge
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE
Name and Title of Judge

6-29-2012
Date

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page 2 of 6

DEFENDANT: DAN BARONE
CASE NUMBER: 3:11-CR-0119-RCJ-VPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: NINETY-SEVEN (97) MONTHS

X  The court makes the following recommendations to the Bureau of Prisons:

-that the defendant be designated to FMC Devens, Massachusetts,

-and that the defendant participate in a mental health/sex offenders treatment program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on  9/7/2012 _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____

_____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNTIED STATES MARSHAL

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page 3 of 6

DEFENDANT: DAN BARONE
CASE NUMBER: 3:11-CR-0119-RCJ-VPC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: LIFETIME

    **The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

☐      The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐      The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

X      The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

X      The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*). Defendant is required to register and keep the registration current in each of the following jurisdictions: where you reside; where you are an employee; and/or where you are a student. Requirements for registration include: providing your name, residence address and the name and address of any places where you are or will be an employee or a student, among other information. You are further required to keep registration current by informing at least one jurisdiction in which you reside, are an employee, or are a student, no later than three business days after any change to your name, residence, employment or student status. Failure to comply with these registration obligations subjects you to prosecution for Failure to Register pursuant to 18 U.S.C. § 2250.

☐      The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3C - Supervised Release

Judgment - Page __4__ of __6__

DEFENDANT: DAN BARONE
CASE NUMBER: 3:11-CR-0119-RCJ-VPC

## SPECIAL CONDITIONS OF SUPERVISION

1. **Possession of Weapons** - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. **Warrantless Search** - You shall submit to the search of your person, property, residence or automobile under your control by the probation officer or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

3. **Debt Obligations** - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

4. **Access to Financial Information** - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

5. **Minor Prohibition** - You shall not associate with persons under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offense, and who has been approved by the probation officer.

6. **Sex Offender Treatment** - You shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

7. **Mental Health Treatment** - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

8. **Computer Pornography Prohibition** - You shall neither possess nor have under your control any matter that is pornographic, as defined in 18 U.S.C. § 2256(2), or that depicts, suggests, or alludes to sexual activity of minors under the age of eighteen (18). This includes, but is not limited to, any matter obtained through access to any computer or any material linked to computer access or use.

9. **Gambling Prohibition** - You shall not enter, frequent, or be involved with any legal or illegal gambling establishment or activity, except for the purpose of employment, as approved and directed by the probation officer.

10. **Computer Restriction and Monitoring** - You shall provide the probation officer with accurate information regarding your entire computer system, including all related digital devices with memory and all passwords and internet service providers; you shall allow the installation of any software/hardware on your computer by the probation officer, and you shall abide by all rules of the Computer Restriction and Monitoring Programs Agreement.

11. **Report to Probation Officer After Release from Custody** - You shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment - Page __5__ of __6__

DEFENDANT: DAN BARONE
CASE NUMBER: 3:11-CR-0119-RCJ-VPC

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ waived | $ N/A |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Clerk of the Court<br>Attention: Finance<br>Case No. 3:11-cr-0119-RCJ-VPC<br>333 Las Vegas Blvd. South, Room 1334<br>Las Vegas, NV 89101 | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 6- Schedule of Payments

Judgment - Page __6__ of __6__

DEFENDANT:      DAN BARONE
CASE NUMBER:    3:11-CR-0119-RCJ-VPC

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  X  Lump sum payment of $ 100.00 _____ due immediately, balance due

    ☐ Not later than _____, or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

X  The defendant shall forfeit the defendant's interest in the following property to the United States:
SEE ATTACHED PRELIMINARY ORDER OF FORFEITURE

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 3:11-cr-00119-RCJ-VPC   Document 28   Filed 06/29/12   Page 7 of 9
Case 3:11-cr-00119-RCJ-VPC   Document 25   Filed 06/13/12   Page 1 of 3
Case 3:11-cr-00119-RCJ -VPC   Document 20   Filed 03/08/12   Page 1 of 3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-119-RCJ (VPC) |
| ) | |
| DAN BARONE, ) | |
| ) | |
| Defendant. ) | |

PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 7, 2012, defendant DAN BARONE pled guilty to Count One of a Two-Count Criminal Indictment charging him with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

This Court finds defendant DAN BARONE agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant DAN BARONE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1. One EMachine desktop computer, Serial No. XFX5510025794;
2. Sandisk Cruzer 1 gigabyte Thumb Drive;
3. Sandisk Cruzer 2 gigabyte Thumb Drive;

Case 3:11-cr-00119-RCJ-VPC   Document 28   Filed 06/29/12   Page 8 of 9
Case 3:11-cr-00119-RCJ-VPC   Document 25   Filed 06/13/12   Page 2 of 3
Case 3:11-cr-00119-RCJ-VPC   Document 20   Filed 03/08/12   Page 2 of 3

1. 4. Two Sandisk Cruzer 4 gigabyte Thumb Drives; and
2. 5. any book, magazine, periodical, film, videotape, or other matter which contains
3. any such visual depiction, which was produced, transported, mailed, shipped,
4. or received in violation of Title 18, United States Code, Section 2252A
5. ("property").
6. This Court finds the United States of America is now entitled to, and should, reduce the
7. aforementioned property to the possession of the United States of America.
8. NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9. United States of America should seize the aforementioned property.
10. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
11. DAN BARONE in the aforementioned property is forfeited and is vested in the United States of
12. America and shall be safely held by the United States of America until further order of the Court.
13. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
14. shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
15. website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
16. the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
17. the name and contact information for the government attorney to be served with the petition,
18. pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
19. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
20. with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
21. Virginia Street, 3rd Floor, Reno, NV 89501.
22. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
23. shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
24. following address at the time of filing:
25. . . .
26. . . .

Case 3:11-cr-00119-RCJ-VPC   Document 28   Filed 06/29/12   Page 9 of 9
Case 3:11-cr-00119-RCJ-VPC   Document 25   Filed 06/13/12   Page 3 of 3
Case 3:11-cr-00119-RCJ-VPC   Document 20   Filed 03/08/12   Page 3 of 3

Greg Addington
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE