## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:11-CR-119-RCJ (VPC) |
| DAN BARONE, | ) ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On June 13, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant DAN BARONE to criminal offense(s), forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DAN BARONE pled guilty. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 18; Preliminary Order of Forfeiture, ECF No. 20; Change of Plea Minutes, ECF No. 21.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 23, 2012, through July 22, 2012, further, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 29.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. One EMachine desktop computer, Serial No. XFX5510025794;
2. Sandisk Cruzer 1 gigabyte Thumb Drive;
3. Sandisk Cruzer 2 gigabyte Thumb Drive;
4. Two Sandisk Cruzer 4 gigabyte Thumb Drives; and
5. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 14th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE